# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand and fourteen.

Before:      Ralph K. Winter,
                   *Circuit Judge*.

_____

Chantay Sewell,
    Plaintiff-Appellant,

v.

Phil Bernardin,
    Defendant-Appellee.

**ORDER**
Docket No. 14-3143

_____

    Appellee moves for an extension of time, until January 9, 2015, to file his brief.

    IT IS HEREBY ORDERED that the motion is DENIED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

